CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Stacy Elledge Chiang, CPA/CFF, CIRA
Baker Tilly US, LLP
3655 Nobel Drive, Suite 300
San Diego, CA 92122
www.bakertilly.com
Telephone: (858) 597-4100
Facsimile: (858) 597-4111

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BRAD K. BLOCK

BANKRUPTCY NO. 20-04556-LA7

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX– _____   Debtor.

**NOTICE OF HEARING AND MOTION**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on May 12, 2022, at 2:00 p.m., in Department 2, Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Baker Tilly US, LLP, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☑ Allowance of ☐interim ☑final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: April 14, 2022

/s/ Stacy Elledge Chiang, CPA/CFF, CIRA
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

CSD 1181A (Page 3) [08/01/11]

[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT  Baker Tilly US, LLP Accountants and Consultants  , REPRESENTING [Name & Title]  Christopher R. Barclay, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| **1ST & FINAL** 12/17/20 to 4/8/21 | 10,311.00 | | | | | 11.35 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS: | 10,311.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.35 | 0.00 |

[1]Please provide an explanation for this disallowance.

CSD 1181A

EXHIBIT "A"

Page 1 of 1

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the  14th  day of  April           , I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  April 14, 2022          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑   Attorney for Debtor (or Debtor), if required:

Ahren A. Tiller    atiller@blc-sd.com, brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com; kreyes@blc-sd.com;derek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com; Nicole@blc-sd.com;4436097420@filings.docketbird.com

Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov

☑   Chapter 7 Trustee:  admin@crb7trustee.com, qcrbarclay2@ecf.axosfs.com,  mlcunanan@crb7trustee.com

☑   For Chpt. 7, 11, & 12 cases:   ☐ For ODD numbered Chapter 13 cases:   ☐ For EVEN numbered Chapter 13 cases:

| UNITED STATES TRUSTEE | THOMAS H. BILLINGSLEA, JR., TRUSTEE | DAVID L. SKELTON, TRUSTEE |
| ustp.region15@usdoj.gov | Billingslea@thb.coxatwork.com | admin@ch13.sdcoxmail.com |
|  |  | dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail**:

On  April 14, 2022          , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐   Attorney for Debtor (or Debtor), if required:

Creditors and Interested Parties: See attached (via First Class Mail).

CSD 1181

CSD 1181 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐  Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  April 14, 2022                /s/ Marjaneh Hernandez
             (Date)                        (Typed Name and Signature)

                                           3655 Nobel Drive, Suite 300
                                           (Address)

                                           San Diego, CA 92122
                                           (City, State, ZIP Code)

CSD 1181

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 20-04556-LA7<br>Southern District of California<br>San Diego<br>Fri Apr  8 11:51:58 PDT 2022 | ABM Painting and Wallcovering<br>24882 Mulberry Rd<br>Corona, CA 92883-8485 | ACCO Engineered Systems<br>265 McCormick Ave.<br>Costa Mesa, CA 92626-3308 |
| ACCO Engineered Systems<br>888 E. Walnut St.<br>Pasadena, CA 91101-1895 | AD Plastering<br>P.O. Box 7000<br>Torrance, CA 90504-0700 | AE Roofing<br>45 Glen Oaks Rd.<br>Thousand Oaks, CA 91360 |
| AM Plumbing, Inc.<br>P.O. Box 594<br>Harbor City, CA 90710-0594 | AMS Inc.<br>10030 Via de la Amistad<br>San Diego, CA 92154-7299 | AT&T Inc.<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Marble<br>1280 N. Melrose Dr.<br>Vista, CA 92083-3469 |
| Architectural Bldg Materials<br>5076 Santa Fe St.<br>San Diego, CA 92109-1634 | Arrow Services, Inc.<br>9575 Aero Dr.<br>San Diego, CA 92123-1803 | BB Electrical Inc.<br>7052 Convoy Ct.<br>San Diego, CA 92111-1017 |
| Baker Tilly US, LLP<br>San Diego<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122-1050 | Christopher R. Barclay<br>P.O. Box 2819<br>La Mesa, CA 91943-2819 | Bart Udink Construction<br>3480 W Warner Ave Unit O<br>Santa Ana, CA 92704-5363 |
| Beach Cities Concrete Cutting<br>5475 E Garford St<br>Long Beach, CA 90815-3006 | BerkleyNet<br>9301 Innovation Dr., #200<br>Manassas, VA 20110-2223 | Best Best & Krieger LLP<br>18101 Von Karman Ave., #1000<br>Irvine, CA 92612-0164 |
| Brad K. Block<br>1388 Las Flores Dr<br>Carlsbad, CA 92008-1031 | Broadway Glass & Mirror Inc.<br>2523 E Broadway<br>Long Beach, CA 90803-5716 | C Era Construction<br>1879 W. Commonwealth Ave. #H<br>Corona, CA 92883 |
| CFI Contracting<br>377 E St.<br>Chula Vista, CA 91910-2682 | CIDF<br>7647 Industry Ave. #200<br>Pico Rivera, CA 90660-4300 | CR&R Environmental Services<br>11292 Western Ave<br>Stanton, CA 90680-2912 |
| Cal-State Site Services<br>4518 Industrial St<br>Simi Valley, CA 93063-3411 | California Department of Tax and Fee Adminis<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |

Castro Roofing, Inc.
73802 Dinah Shore Dr.
Palm Desert, CA 92211-0820

Christian Contracting Inc.
1766 Burton St
San Diego, CA 92111-7002

Commercial & Industrial Roof
9239 Olive Dr.
Spring Valley, CA 91977-2306

Commercial Air Solutions
3920 E. Miraloma Ave.
Anaheim, CA 92806-6210

Cox Business
P.O. Box 53214
Phoenix, AZ 85072-3214

Cox Communications
6205-B Peachtree Dunwoody NE
Atlanta, GA 30328-4524

Creative Concrete Coating
930 Morse St.
Oceanside, CA 92054-5939

Custom Iron Corp
26895 Aliso Creek Road
Ste. B787
Aliso Viejo, CA 92656-5301

D&M Steel, Inc.
13020 Pierce St
Pacoima, CA 91331-2528

Dave Whipple Sheet Metal Inc.
1077 Cuyamaca St
El Cajon, CA 92020-1803

Davis Framing, Inc.
8103 Commercial St
La Mesa, CA 91942-2927

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Sonic Wall Services
1 Dell Way
Round Rock, TX 78682-7000

Dept. Indust. Rel., Labor Law Enforce.
1550 West Main St.
El Centro, CA 92243-2105

Dirt's Gone Cleaning Co
22 Creek Road #21
Irvine, CA 92604-4760

Div. of Labor Standards Enforcement
7575 Metropolitan Drive, Suite 210
San Diego, CA 92108-4424

Dun & Bradstreet
Attn: Lynne Roberts, 2nd Floor
3501 Corporate Parkway
PO Box 520
Center Valley, PA 18034-0520

Eco-Grip West, Inc.
22531 Ivy Ridge
Mission Viejo, CA 92692-4527

Eco-Grip West, Inc.
c/o Michael Mayer
22531 Ivy Ridge
Mission Viejo, CA 92692-4527

Economy Restaurant Supply Inc.
1111 Grand Ave
San Marcos, CA 92078-2603

Electric Lighting Solutions
11504 Dicky St.
Whittier, CA 90606-2329

Experience Glass
1685 Chestnut Ave
Carlsbad, CA 92008-2614

FDI Demolition
601 E Palomar St.
Chula Vista, CA 91911-6976

FLX Lighting
3136 Kurtz St Suite B
San Diego, CA 92110-4425

Fifth Third Bank
MD 1MOC2J
5050 Kingsley Dr.
Cincinnati, OH 45227-1115

Finishing Touch Millwork, Inc.
6190 Corte Del Cedro
Carlsbad, CA 92011-1515

Fora Financial
519 8th Ave., 11th Fl.
New York, NY 10018-4581

Fora Financial West, LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

| | | |
|---|---|---|
| Fun Den Wang and Agnes Wang<br>c/o Frederick Schenk, Esq.<br>110 Laurel St.<br>San Diego, CA 92101-1419 | General Steel Fabricators, Inc<br>12179 Branford St # B<br>Sun Valley, CA 91352-5733 | Guardian National Security<br>20361 Prairie St., Ste. 1<br>Chatsworth, CA 91311-8100 |
| HIS Construction Company<br>726 Torrey Pines Pl<br>Oceanside, CA 92058-1660 | Hospitality Wood Products Inc<br>7206 E. Gage Ave.<br>Commerce, CA 90040-3813 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 |
| IPFS Corporation<br>c/o Prentice-Hall Corporation<br>2710 Gateway Oaks Dr, Ste 150N<br>Sacramento, CA 95833-3502 | IRS-Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | InCorp Services Inc.<br>3773 Howard Hughes Prkwy 500S<br>Las Vegas, NV 89169-6014 |
| InCorp Services Inc.<br>5716 Corsa Ave. #110<br>Thousand Oaks, CA 91362-7354 | Internal Revenue Service<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JJJ Enterprises<br>115 Market P<br>Escondido, CA 92029-1353 |
| Jacques Wylan Plumbing<br>24876 Apple St Unit D<br>Newhall, CA 91321-2683 | James Tou and Jane Tou<br>c/o Frederick Schenk, Esq.<br>110 Laurel St.<br>San Diego, CA 92101-1419 | K&S Air Conditioning<br>143 East Meats Ave.<br>Orange, CA 92865-3309 |
| Keough Electric<br>12290 Branford St., #C<br>Sun Valley, CA 91352 | Labor Ready<br>1021 W Maple St.<br>San Diego, CA 92101-1229 | Mark Beamish Waterproofing<br>9364 Cabot Dr. #A<br>San Diego, CA 92126-4385 |
| Marsh Construction & Electric.<br>P.O. Box 2292<br>Vista, CA 92085-2292 | McKinley Elevator Corporation<br>17611 Armstrong Ave.<br>Irvine, CA 92614-5727 | Mike's Precision Welding<br>43214 Black Deer Loop<br>Temecula, CA 92590-3428 |
| Miller Paneling Specialties<br>1024 W 9th St<br>Upland, CA 91786-5701 | Mulvaney Barry Beatty Linn<br>401 West A St., 17th Fl<br>San Diego, CA 92101-7994 | (p)NATIONAL CONSTRUCTION RENTALS<br>ATTN ATTN A/R<br>15319 CHATSWORTH ST<br>MISSION HILLS CA 91345-2040 |
| National Construction Rentals<br>23901 Calabasas Rd., Ste. 2006<br>Calabasas, CA 91302-1592 | Nationwide Insurance<br>P.O. Box 742522<br>Cincinnati, OH 45274-2522 | OJ Insulation Escondido<br>2061 Aldergrove Ave<br>Topanga, CA 90290 |
| Ocean Electric<br>262 Silvercreek Dr.<br>Santee, CA 92071-6911 | (p)PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 | Pacific Coast Commercial Floor<br>5670 El Camino Real Ste. E<br>Carlsbad, CA 92008-7125 |

| | | |
|---|---|---|
| Paradise Plumbing and Const.<br>31484 La Pasita<br>San Juan Capistrano, CA 92675-5522 | Ernie Zachary Park<br>for DS Del Mar Heights, LLC<br>13215 E. Penn Street, Ste 510<br>Whittier, CA 90602-1797 | People Ready<br>1015A St.<br>Tacoma, WA 98402 |
| Philco Commercial Construction<br>1762 N Neville St<br>Orange, CA 92865-4214 | Phoenix Glass Company<br>10545 Bloomfield St.<br>Los Alamitos, CA 90720-2501 | Ponce Company<br>15803 Pitts Ave.<br>Paramount, CA 90723-4673 |
| Precision Wallcovering & Paint<br>27126 Paseo Espada #1601A<br>San Juan Capistrano, CA 92675-2724 | RIP Acoustics & Fireproofing<br>P.O. Box 84<br>Westminster, CA 92684-0084 | RJC Construction Services<br>1642 Bilberry Lane<br>Banning, CA 92220-1138 |
| RL Howard Construction<br>15132 Avenida Rorras<br>San Diego, CA 92128-4506 | SK Tile & Stone<br>c/o Kristen Bush<br>101 W. Broadway #810<br>San Diego, CA 92101-8229 | SK Tile and Stone<br>10464 Whitcomb Way #172<br>San Diego, CA 92127-7846 |
| Saddleback Materials<br>6090 Etiwanda Ave<br>Mira Loma, CA 91752-2263 | San Diego County Treasurer<br>Tax Collector<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101-2477 | San Diego Drywall Corp<br>306 El Norte Pkwy #N81<br>Escondido, CA 92026-1960 |
| Sean Kelly<br>2928 Starry Night Drive<br>Escondido, CA 92029-4850 | (p)SEQUIUM ASSET SOLUTIONS  LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 | Sierra Plumbing & Electric<br>11671 Sterling Ave., Ste. D<br>Riverside, CA 92503-4971 |
| Leslie Skorheim<br>DOJ-Ust<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | Stacy Elledge Chiang, CPA/CFF, CIRA<br>Baker Tilly US, LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122-1050 | Studio Blue Digital Print<br>7132 Johnson Dr<br>Pleasanton, CA 94588-8087 |
| Subsurface Imaging Inc.<br>1907 Border Ave<br>Torrance, CA 90501-3606 | Sun Valley Skylights<br>12884 Pierce St<br>Pacoima, CA 91331-2524 | Sunbelt Rentals, Inc.<br>2341 Deerfield Dr.<br>Fort Mill, SC 29715-8298 |
| Sunbelt Rentals, Inc.<br>c/o CT Corporation<br>818 West Seventh St. Ste. 930<br>Los Angeles, CA 90017-3476 | Suncraft Millwork, Inc.<br>781 Vernon Way<br>El Cajon, CA 92020-1938 | Superior Court of CA<br>County of SD, Central Div.<br>330 W Broadway<br>San Diego, CA 92101-3827 |
| Superior Court of California,<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012-3117 | TRM HVAC Systems<br>13525 Los Coches Rd E<br>El Cajon, CA 92021-2034 | Tazz Lighting<br>9555 Distribution Ave., #101<br>San Diego, CA 92121-2373 |

| | | |
|---|---|---|
| Tazz Lighting<br>c/o Aaron Guld<br>1501 Fifth Ave., Ste. 400<br>San Diego, CA 92101-3297 | Ahren A. Tiller<br>Bankruptcy Law Center<br>1230 Columbia St., Ste. 1100<br>San Diego, CA 92101-8517 | (p)WESTERN ALLIANCE BANK<br>1 EAST WASHINGTON STREET<br>STE 1400<br>PHOENIX AZ 85004-2559 |
| United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | Universal Waste Systems Inc.<br>2460 E 24th St<br>Los Angeles, CA 90058-1204 | Vancrest Construction Corp<br>7171 N Figueroa St<br>Los Angeles, CA 90042-1279 |
| Verizon Wireless<br>P.O. Box 9622<br>Mission Hills, CA 91346-9622 | Western Alliance Bank<br>Attn: Loan Payments<br>P.O. Box 26237<br>Las Vegas, NV 89126-0237 | Western Alliance Bank<br>P.O. Box 742628<br>Cincinnati, OH 45274-2628 |
| Western Fire Protection, Inc<br>13630 Danielson St<br>Poway, CA 92064-6830 | Ronald F Woods<br>Ronald F. Woods & Associates<br>225 Broadway<br>Suite 1900<br>San Diego, CA 92101-5047 | Worth Property Management<br>204 S. El Camino Real #302<br>Oceanside, CA 92058 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>1 Dell Way<br>Round Rock, TX 78682 | IPFS Corporation<br>1055 Broadway, 11th Fl<br>Kansas City, MO 64105 | National Construction Rentals<br>15319 Chatsworth St.<br>Mission Hills, CA 91345 |
| PG&E<br>77 Beale Street<br>San Francisco, CA 94105 | Sequium Asset Solutions<br>1130 NorthChase Parkway<br>Marietta, GA 30067 | Torrey Pines Bank<br>12220 El Camino Real, Ste. 200<br>San Diego, CA 92130 |
| (d)Torrey Pines Bank<br>2760 Gateway Rd.<br>Carlsbad, CA 92009 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS West, Inc. | (u)Floorit Financial Inc | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |

```
(d)United States Trustee              End of Label Matrix
Office of the U.S. Trustee            Mailable recipients   131
880 Front Street                      Bypassed recipients     4
Suite 3230                            Total                 135
San Diego, CA 92101-8897
```