NTF
Rev. 02/22

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Brad K. Block**
 1388 Las Flores Dr
Carlsbad, CA 92008
xxx−xx−8467
*Debtor Aliases:*  Brad Kevin Block

Case number:  20−04556−LA7
Chapter:  7
Judge  Louise DeCarl Adler

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **38**    filed on: **4/14/22**
Title of Document: **Notice of Hearing**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

☐ Amendment (CSD 1100)    ☐ Balance of Schedules (CSD 1099)    ☐ Notice to Creditors (CSD 1101)

 Visit the Court website CM/ECF Resources online page containing the most current step−by−step CM/ECF manual, court forms and training video. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phone_list.

**ACTION TAKEN BY COURT**
☑ Atty/Debtor/Movant contacted on **4/14/22**          via  ☐ Tel/Voice Mail    ☑ Email    ☐ Mail or Other

**OTHER:**  **The date of service is not complete at the top of page 2, of CSD 1181.**

Dated: 4/14/22

Michael Williams
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 20-04556-LA |
| Brad K. Block | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 1 |
| Date Rcvd: Apr 14, 2022 | Form ID: 185 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| acc | + Baker Tilly US, LLP, San Diego, 3655 Nobel Drive, Suite 300, San Diego, CA 92122-1050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ahren A. Tiller | on behalf of Debtor Brad K. Block atiller@blc-sd.com brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;derek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com;Nicole@blc-sd.com;4436097420@filings.docketbird.com |
| Christopher R. Barclay | admin@crb7trustee.com qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com |
| Leslie Skorheim | on behalf of United States Trustee United States Trustee leslie.skorheim@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 4