UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | BRAD K. BLOCK |
| **Case Number:** | 20-04556-LA7   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 12, 2022 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

FIRST AND FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND CONSULTANTS TO THE ESTATE; FOR BAKER TILLY US, LLP, ACCOUNTANT, PERIOD: 12/17/2020 TO 4/12/2022, FEE: $ 10,311.00, EXPENSES: $11.35. FILED BY BAKER TILLY US, LLP1)

### Appearances:

Appearances excused.

### Disposition:

Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.